In the Matter of the Probate of the Last Will and Testament of MATTHEW DE FREEST, Deceased. WALTER V. D. H. DE FRIEST and Others, Appellants; JESSIE L. DE FREEST, Executrix, etc., Respondent.— Decree unanimously affirmed, with costs.

In the Matter of the Claim of NAZZARENO TESTA, Respondent, for Compensation under the Workmen's Compensation Law, v. W. J. BURNS COMPANY, Employer, and LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award reversed on the authority of *Matter of Bloomfield* v. *November* (219 N. Y. 374), recently handed down by the Court of Appeals, and the claim remitted to the Commission for further consideration. All concurred, except Kellogg, P. J., who dissented.

In the Matter of the Claim of MILDRED DODD, Appellant, for Compensation under the Workmen's Compensation Law, v. LANCASHIRE CORPORATION, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE CORPORATION, Insurance Carrier, Respondents.— Determination unanimously affirmed.

In the Matter of the Claim of ROSE COWEN, Appellant, for Compensation for Herself and Children under the Workmen's Compensation Law, v. COWEN NEW SHIRT LAUNDRY, INC., Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY OF BUFFALO, Insurance Carrier, Respondents.— Determination unanimously affirmed.

In the Matter of the Claim of DENNIS DOLLARD, Respondent, for Compensation under the Workmen's Compensation Law, v. TRANSIT DEVELOPMENT COMPANY, Employer and Self-insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Claim of TERESA NAPOLITANO, Respondent, for Compensation under the Workmen's Compensation Law, v. ABRAHAM BARATZ, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of ANNA SKOCZLOIS, Respondent, for Compensation under the Workmen's Compensation Law for the Death of STANISLAW SKOCZLOIS, v. PHILIP VINOCUR, Employer, Defendant, and ÆTNA LIFE INSURANCE COMPANY, Appellant.— Award affirmed. All concurred, except Lyon and Woodward, JJ., who dissented.

In the Matter of the Claim of ANNA M. BLATT, Respondent, for Compensation, etc., under the Workmen's Compensation Law, v. ROBERT H. NOBLE, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.